**Order entered October 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01427-CV

**TROY D. SHIELDS, JR., Appellant**

**V.**

**PATRICIA K. SHIELDS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-04278-C**

### ORDER

Before the Court is appellant's second motion for extension of time to file his corrected opening brief. We **GRANT** the motion and **ORDER** appellant's corrected opening brief be filed no later than November 9, 2020.

/s/     BILL WHITEHILL
JUSTICE